1  William C. Dresser  #104375
   Richard Swenson   #221586
2  Law Offices of William C. Dresser
   4 North Second Street, Suite 1230
3  San Jose, CA 95113-1307
   Tel:   408\279-7529
4  Fax:   408\298-3306

5  Attorneys for Plaintiff
   Michael J. Luippold
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA
9

10  Michael J. Luippold,                    No:    08 CV 05724 MMC

11         Plaintiff,                       [proposed]
                                            Order granting Plaintiff Michael J.
12      vs.                                 Luippold's Motion Pursuant to Local
                                            Rule 6-3 to Reschedule Hearing on
13  Rockwell International, Inc., Rockwell   Defendant's Motion to Strike to be
    Manufacturing, Orsen Porter Rockwell    Heard concurrently with or immediately
14  International, Porter-cable Tool &       following Hearing on Plaintiff's Motion to
    Equipment Sales Co., Porter-cable       Remand Action to State Court
15  Corporation,  Delta International Machinery,
    Rockwell Doe 1, Quentin Bammer, and     Hon. Judge Maxine M. Chesney
16  Does 2 through 50, inclusive,

17         Defendants.
    _____/
                                      unopposed
18         The Court, having reviewed Plaintiff's motion, and for good cause including the
19                                                        ^
    efficient use of the court's time, hereby orders that the hearing on the Defendant's
20
    motion to strike be rescheduled for hearing on February 27, 2009 at 9:00 a.m.
21
           The Court further notes that defendant, on January 30, 2009, filed a motion to strike, on
22  grounds of untimeliness, plaintiff's opposition to defendant's motion to strike.  If defendant
    wishes to additionally file a substantive reply to plaintiff's opposition, any such substantive
23  reply shall be filed no later than February 13, 2009.

24        February
    Dated: January 5 , 2009
25

26  Hon. Maxine M. Chesney

27  Luippo-B\Pld\Civil\Federal\OrdrResc.129

28  _____